No. 01–110. HARRIS *v.* TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 01–111. RAJI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–112. FEDERAL EXPRESS CORP. *v.* FUJITSU LTD. C. A. 2d Cir. Certiorari denied.

No. 01–113. BROWNE *v.* NEW YORK STATE OFFICE OF MENTAL HEALTH ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–114. BLACK ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–115. CHALAL *v.* COLUMBIA NORTHWEST MEDICAL CENTER. C. A. 11th Cir. Certiorari denied.

No. 01–116. EL PASO COUNTY WATER IMPROVEMENT DISTRICT NO. 1 *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.

No. 01–117. DIRIE *v.* DE FALCO ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–118. BURROUGHS *v.* CHAMMAS ET AL. Sup. Ct. Va. Certiorari denied.

No. 01–119. BARTON *v.* AU-YANG. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–121. ASSOCIATION OF WASHINGTON PUBLIC HOSPITAL DISTRICTS ET AL. *v.* PHILIP MORRIS INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–122. WITHERSPOON *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–124. SAWYER *v.* VIRGINIA STATE BAR. Sup. Ct. Va. Certiorari denied.

No. 01–125. DOE, MOTHER AND LEGAL GUARDIAN OF DOE, A MINOR *v.* AMERICA ONLINE, INC. Sup. Ct. Fla. Certiorari denied.